UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ALI M. MOHAJER,**                 )
                                    )
      **Plaintiff,**         )
                                    )
      v.                    )   Civil Action No. 11-417 (RWR)
                                    )
**UNITED ARAB EMIRATES, et al.,**   )
                                    )
      **Defendants.**        )
_____)

### ORDER

On October 14, 2011, the court ordered plaintiff Mohajer to show cause in writing by October 28, 2011 why paragraph five of the complaint, purporting to include a company as a plaintiff, should not be stricken since companies may appear only through counsel and may not appear pro se. See, e.g., Prunte v. Universal Music Grp., 248 F.R.D. 335, 335 n.1 (D.D.C. 2008). Mohajer did not file any response by the deadline, though he was warned that failure to do so may result in paragraph five of the complaint being stricken. Accordingly, it is hereby

ORDERED that paragraph five of the complaint be, and hereby is, STRICKEN.

SIGNED this 3rd day of November, 2011.

                                          _____/s/_____
                                          RICHARD W. ROBERTS
                                          United States District Judge