UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                 |                              |
|---------------------------------|------------------------------|
| ALI M. MOHAJER,                 )                              |
|                                 )                              |
|     Plaintiff,    )                              |
|                                 )                              |
|     v.            )   Civil Action No. 11-417 (RWR) |
|                                 )                              |
| UNITED ARAB EMIRATES, et al.    )                              |
|                                 )                              |
|     Defendants.   )                              |

## ORDER TO SHOW CAUSE

Plaintiff filed his complaint on February 23, 2011, but has not filed proof that the defendants have been served within the 120-day period allowed by Fed. R. Civ. P. 4(m). Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by _December 21_, 201_1_ why this case should not be dismissed for want of prosecution. If appropriate, the plaintiff may show cause by the deadline by filing proof of service, securing entry of default, and filing and serving on defendant a motion for default judgment with a proposed final default judgment.

SIGNED this _6th_ day of _December_, 201_1_.

/s/
RICHARD W. ROBERTS
United States District Judge