UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI MOHAJER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-417 (RWR) |
| | ) |
| UNITED ARAB EMIRATES, et al. | ) |
| | ) |
| Defendants. | ) |

### RULE 4(m) DISMISSAL ORDER

By Order signed on December 6, 2011, plaintiff was directed to present evidence of service or to show cause why this case should not be dismissed for failure to effect service. The deadline for plaintiff's response was December 21, 2011. Although plaintiff was advised that failure to comply would result in dismissal of this case, plaintiff has not responded to the December 6, 2011 Order. Accordingly, it is hereby

ORDERED that this case is **DISMISSED** without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure.

SIGNED this 3rd day of January, 2012.

/s/
RICHARD W. ROBERTS
United States District Judge